Sweeney v Niagara Lutheran Dev., Inc. (2025 NY Slip Op 01759)

Sweeney v Niagara Lutheran Dev., Inc.

2025 NY Slip Op 01759

Decided on March 21, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 21, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, BANNISTER, NOWAK, AND HANNAH, JJ.

849 CA 24-00383

[*1]MICHAEL SWEENEY, AS ADMINISTRATOR OF THE ESTATE OF MARIE SWEENEY, DECEASED, PLAINTIFF-RESPONDENT,
v
NIAGARA LUTHERAN DEVELOPMENT, INC., DOING BUSINESS AS GREENFIELD HEALTH & REHABILITATION CENTER, ET AL., DEFENDANTS, AND PATRICK SIAW, M.D., DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

GIBSON, MCASKILL & CROSBY, LLP, BUFFALO (AMANDA C. ROSSI OF COUNSEL), FOR DEFENDANT-APPELLANT. 
CAMPBELL AND ASSOCIATES, HAMBURG (DAVID J. WOLFF, JR., OF COUNSEL), FOR PLAINTIFF-RESPONDENT.
HURWITZ & FINE, P.C., BUFFALO (V. CHRISTOPHER POTENZA OF COUNSEL), FOR DEFENDANTS. 

 Appeal from an order of the Supreme Court, Erie County (Mark J. Grisanti, A.J.), entered February 26, 2024. The order, among other things, granted the motion of plaintiff to amend an order and to settle the record on appeal. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Sweeney v Niagara Lutheran Dev., Inc. ([appeal No. 1] — AD3d — [Mar. 21, 2025] [4th Dept 2025]).
Entered: March 21, 2025
Ann Dillon Flynn
Clerk of the Court